IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEFRANTZE LUCAS NOEL,

    Petitioner,                       No. CIV S-07-2590 LEW GGH P

    vs.

SACRAMENTO COUNTY
SUPERIOR COURT,

    Respondent.                  ORDER

_____/

        Petitioner, an inmate at Sacramento County Jail, proceeding pro se, has filed a petion for writ of manduamus.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 19, 2007, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

1

/////

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 19, 2007, are adopted in full; and

2. The "petition for writ of mandamus" is summarily dismissed and this action is closed.

IT IS SO ORDERED

Date: February 29, 2008

Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge

2